IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| JACQUELINE M. GREEN | NO. 10-47003<br>JUDGE: Sonderby |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Midfirst Bank in your Chapter 13 case number 10-47003.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 11/02/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 10/2011 – 11/2011 monthly payments at $1,830.65 each | = $ | 3,661.30 |
| TOTAL | = $ | 3,661.30 |

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney for Midfirst Bank

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
10-047879

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**